WOR to S/D, TX  Needs to process & IA

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2025 FEB 11  PM 3:41
SOUTHERN DIST. S/TX

FILED BY ___SM___ D.C.
Apr 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| United States of America | ) |
| v. | ) |
| SHELDON DOUNN | ) Case No. 4:24CR478 |
| | ) |
| Defendant | ) |

FLSD Case number 25-mj-6279-AOV

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  SHELDON DOUNN  #46741-004 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
  Order of the Court (See Attached)

Date: 02/11/2025

_____
Issuing officer's signature

City and state:  Houston, TX

J. Marchand, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

United States District Court
Southern District of Texas

**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

RECEIVED
UNITED STATES MARSHAL
2025 FEB 11 PM 3:41
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| v. | § Criminal Action No. H-24-478 |
| | § |
| Sheldon Dounn | § |
| | § |

### ORDER

A motion to revoke bond has been filed. It is ordered that an arrest warrant be issued.

Signed at Houston, Texas, on February 11, 2025.

_____
Peter Bray
United States Magistrate Judge