BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: <u>0:25–mj–06279–AOV</u> All Defendants

Case title: USA v. Dounn

Date Filed: 04/30/2025

Date Terminated: 05/05/2025

Assigned to: Magistrate Judge
Alicia O. Valle

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Sheldon Dounn**<br>46741–004<br>*YOB 1989 English*<br>*TERMINATED: 05/05/2025* | represented by | **Marc David Seitles**<br>Seitles & Litwin, P.A.<br>Courthouse Center<br>40 N.W. 3rd Street<br>Penthouse One<br>Miami, FL 33128<br>305–403–8070<br>Fax: 305–403–8210<br>Email: mseitles@seitleslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level<br>(Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 18:U.S.C.§3146 FAILURE TO<br>APPEAR, ORDER OF THE<br>COURT | |

**Plaintiff**

**USA**                                    represented by   **M. Catherine Koontz**
                                                            United States Attorney's Office
                                                            Fort Lauderdale, FL
                                                            954–660–5940
                                                            Email: Catherine.Koontz@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2025 | | Arrest of Sheldon Dounn (smy) (Entered: 04/30/2025) |
| 04/30/2025 | 1 | Magistrate Judge Removal of Violation of Conditions of Release from Southern District of Texas Case number in the other District 4:24CR478 as to Sheldon Dounn (1). (smy) (Entered: 04/30/2025) |
| 04/30/2025 | 2 | PAPERLESS NOTICE OF HEARING as to Sheldon Dounn Initial Appearance – Rule 5(c)(3)/40 set for 4/30/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy) (Entered: 04/30/2025) |
| 04/30/2025 | 3 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Sheldon Dounn held on 4/30/2025. Detention Hearing set for 5/5/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing set for 5/5/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Attorney added: Marc David Seitles for Sheldon Dounn (Digital 11:18:20/12:47:59) (Signed by Magistrate Judge Alicia O. Valle on 4/30/2025). (at) (Entered: 04/30/2025) |
| 04/30/2025 | 4 | **ORE TENUS** MOTION for Pretrial Detention (PTD) Hearing by USA as to Sheldon Dounn. (at) (Entered: 04/30/2025) |
| 04/30/2025 | 5 | PAPERLESS ORDER GRANTING 4 ORE TENUS Motion for Pretrial Detention (PTD) Hearing as to Sheldon Dounn (1). (Signed by Magistrate Judge Alicia O. Valle on 4/30/2025). (at) (Entered: 04/30/2025) |
| 04/30/2025 | 6 | **ORE TENUS** MOTION to Continue PTD Hearing by Sheldon Dounn. (at) (Entered: 04/30/2025) |
| 04/30/2025 | 7 | PAPERLESS ORDER GRANTING 6 ORE TENUS Motion to Continue PTD hearing as to Sheldon Dounn (1). (Signed by Magistrate Judge Alicia O. Valle on 4/30/2025). (at) (Entered: 04/30/2025) |
| 04/30/2025 | 8 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Marc David Seitles appearing for Sheldon Dounn. (rbe) (Entered: 04/30/2025) |
| 05/05/2025 | 9 | Minute Order for proceedings held before Magistrate Judge Panayotta D. Augustin–Birch: Detention Hearing as to Sheldon Dounn NOT held on 5/5/2025. Bond recommendation/set: Sheldon Dounn (1) $250,000 PSB. Removal Hearing as to Sheldon Dounn held on 5/5/2025. All further proceedings to take place before the Southern District of Texas. (Digital 11:28:15) Signed by Magistrate Judge Panayotta D. Augustin–Birch on 5/5/2025. (rbe) (Entered: 05/05/2025) |

| 05/05/2025 | 10 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Sheldon Dounn. (rbe) (Entered: 05/05/2025) |
| --- | --- | --- |
| 05/05/2025 | 11 | ORDER OF REMOVAL ISSUED to the Southern District of Texas as to Sheldon Dounn. Closing Case for Defendant. Signed by Magistrate Judge Panayotta D. Augustin–Birch on 5/5/2025. *See attached document for full details.* (rbe) (Entered: 05/05/2025) |
| 05/05/2025 | 12 | $250,000 PSB Bond Entered as to Sheldon Dounn Approved by Magistrate Judge Panayotta D. Augustin–Birch. *Please see bond image for conditions of release.* (rbe) (Additional attachment(s) added on 5/5/2025: # 1 Restricted Bond with 7th Page) (rbe). (Entered: 05/05/2025) |

WOR to S/D,TX  & IA

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2025 FEB 11 PM 3:41
SOUTHERN DIST. S/TX

FILED BY **SM** D.C.
**Apr 30, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:24CR478 |
| SHELDON DOUNN | ) | |
| | ) | |
| *Defendant* | ) | |

FLSD Case number 25-mj-6279-AOV

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SHELDON DOUNN    # 46741-004                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:
   Order of the Court (See Attached)

Date:   02/11/2025

_____
*Issuing officer's signature*

City and state:    Houston, TX

J. Marchand, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

4

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

United States District Court
Southern District of Texas

**RECEIVED**
UNITED STATES MARSHAL

2025 FEB 11 PM 3:41

SOUTHERN DIST. S/TX

**ENTERED**

February 11, 2025

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | Criminal Action No. H-24-478 |
| | § | |
| Sheldon Dounn | § | |
| | § | |

## ORDER

A motion to revoke bond has been filed. It is ordered that an arrest warrant be issued.

Signed at Houston, Texas, on February 11, 2025.

_____

Peter Bray
United States Magistrate Judge

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25449852@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn Arrest
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 11:58 AM EDT and filed on 4/29/2025

| | |
|---|---|
| **Case Name:** | USA v. Dounn |
| **Case Number:** | <u>0:25−mj−06279−AOV</u> |
| **Filer:** | |
| **Document Number:** | No document attached |
| **Docket Text:** | |

**Arrest of Sheldon Dounn (smy)**


**0:25−mj−06279−AOV−1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls−brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25−mj−06279−AOV−1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (Court Desk)
(flsp_cd@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:25449856@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn Notice of Hearing
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 11:59 AM EDT and filed on 4/30/2025

**Case Name:**      USA v. Dounn

**Case Number:**    0:25–mj–06279–AOV

**Filer:**

**Document Number:** 2(No document attached)

**Docket Text:**
**PAPERLESS NOTICE OF HEARING as to Sheldon Dounn Initial Appearance – Rule 5(c)(3)/40 set for 4/30/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy)**

**0:25–mj–06279–AOV–1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls–brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25–mj–06279–AOV–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**          Date: 4/30/2025   Time: 11:00AM

Defendant: **Sheldon Dounn (J)**          J#: **46741-004**     Case #: **25-mj-6279-AOV**

AUSA: **Cathy Koontz**                    Attorney: **Marc Seitles, Temp.**

Violation: 18 U.S.C. 3148 – Revocation of Pretrial Release

Proceeding: Initial Appearance on Removal          CJA Appt:

Bond/PTD Held: ☐  ☒          Recommended Bond: Pretrial Detention

Bond Set at:                              Co-signed by:

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ | Report to PTS **as directed**/or _____ x's a week/month by phone: ___ x's a week/month in person | **Disposition:** Def. present in court. Def. advised of his rights and charges/violations. Attorney Marc Seitles filed a Notice of Temporary Appearance in open court. Gov't oral motion for PTD hearing – granted. Def. oral motion to continue PTD hearing – granted. |
| ☐ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary | |
| ☐ | Refrain from use of alcohol | |
| ☐ | Participate in mental health assessment & treatment | |
| ☐ | Maintain or seek full-time employment/education | |
| ☐ | No contact with victims/witnesses | |
| ☐ | No firearms | |
| ☐ | Not to encumber property | |
| ☐ | May not visit transportation establishments | |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ | Travel extended to: | |
| ☐ | Other: See bond. | |

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

**Removal Hrg**:          **5/5/2025 @ 11:00am FTL DUTY MAG.**

**PTD**/Bond Hearing:   **5/5/2025 @ 11:00am FTL DUTY MAG.**

**Prelim/Arraign** or Removal:

Status Conference RE:

D.A.R. 11:18:20/12:47:59                    Time in Court: 15 minutes

**CHECK IF APPLICABLE: ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**

9

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Marc David Seitles (iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com, mseitles@seitleslaw.com), Magistrate Judge
Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (DQA)
(flsp_dqa@flsp.uscourts.gov, mia_dqa@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:25451078@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn MOTION for Pretrial Detention
(PTD) Hearing
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 2:41 PM EDT and filed on 4/30/2025

| | |
|---|---|
| **Case Name:** | USA v. Dounn |
| **Case Number:** | 0:25−mj−06279−AOV |
| **Filer:** | USA |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ORE TENUS MOTION for Pretrial Detention (PTD) Hearing by USA as to Sheldon Dounn. (at)**

**0:25−mj−06279−AOV−1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls−brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles &nbsp &nbsp mseitles@seitleslaw.com, iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com

**0:25−mj−06279−AOV−1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Marc David Seitles (iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com, mseitles@seitleslaw.com), Magistrate Judge
Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25451087@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn Order on Motion for Pretrial
Detention (PTD) Hearing
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 2:42 PM EDT and filed on 4/30/2025

| | |
|---|---|
| **Case Name:** | USA v. Dounn |
| **Case Number:** | 0:25-mj-06279-AOV |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER GRANTING [4] ORE TENUS Motion for Pretrial Detention (PTD) Hearing
as to Sheldon Dounn (1). (Signed by Magistrate Judge Alicia O. Valle on 4/30/2025). (at)**


**0:25-mj-06279-AOV-1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls-brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles &nbsp &nbsp mseitles@seitleslaw.com, iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com

**0:25-mj-06279-AOV-1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Marc David Seitles (iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com, mseitles@seitleslaw.com), Magistrate Judge
Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25451093@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn Motion to Continue
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 2:43 PM EDT and filed on 4/30/2025

| | |
|---|---|
| **Case Name:** | USA v. Dounn |
| **Case Number:** | 0:25–mj–06279–AOV |
| **Filer:** | Dft No. 1 – Sheldon Dounn |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Continue PTD Hearing by Sheldon Dounn. (at)**

**0:25–mj–06279–AOV–1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls–brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles &nbsp &nbsp mseitles@seitleslaw.com, iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com

**0:25–mj–06279–AOV–1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Marc David Seitles (iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com, mseitles@seitleslaw.com), Magistrate Judge
Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25451114@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06279-AOV USA v. Dounn Order on Motion to Continue
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/30/2025 at 2:45 PM EDT and filed on 4/30/2025

| | |
|---|---|
| **Case Name:** | USA v. Dounn |
| **Case Number:** | 0:25−mj−06279−AOV |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER GRANTING [6] ORE TENUS Motion to Continue PTD hearing as to
Sheldon Dounn (1). (Signed by Magistrate Judge Alicia O. Valle on 4/30/2025). (at)**


**0:25−mj−06279−AOV−1 Notice has been electronically mailed to:**

M. Catherine Koontz  &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls−brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles  &nbsp &nbsp mseitles@seitleslaw.com, iduran@seitleslaw.com,
litwinashley@gmail.com, masimi@seitleslaw.com

**0:25−mj−06279−AOV−1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

APR 30 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT LAUD.

CASE NO.: _25-Mj-6279_

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff,

v.

Sheldon Pounn

　　　　　　　Defendant.
_____/

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _Marc Seires_ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _Marc Seires_

Counsel's Signature: _____

Address (include City/State/Zip Code): 420
_40 NW 3rd St, PH1_
_Miami Fl 33128_

Telephone: _305-403-8070_    Florida Bar Number: _0178287_

Date: _4/30/25_

14

# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

| | | |
|---|---|---|
| Courtroom 203D | Date: 5/5/2025 | Time: 11:00 p.m. |

Defendant  Sheldon Dounn (J)     J#: 46741-004     Case #: 25-mj-6279-AOV

AUSA:  Alex P. for M. Catherine Koontz     Attorney: Marc David Seitles, Esq. (Temporary)

Violation:   FAILURE TO APPEAR, ORDER OF THE COURT

Proceeding: Detention Hearing/Removal Hearing     CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond: Pretrial Detention

Bond Set at: $250,000 PSB     Co-signed by: Samuel Dounn, Eric Dounn, Roseanne Dounn

☐ Surrender and/or do not obtain passports/travel docs

Language:  English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☑ Other:  See bond

**Disposition:**

Defendant present

Detention Hearing not held. **Court accepts and set stipulated bond.** Defendant released.

**Defendant waives Identity Hearing in this District,** see Waiver. **Order of Removal issued.**

All further proceedings to take place before the Southern District of Texas.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R.  11:28:15     Time in Court:  25 minutes

**CHECK IF APPLICABLE: _____For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 25-mj-6279-AOV

United States of America
    Plaintiff,
    v.

                          Charging District's Case No. 4:24CR478

Sheldon Dounn
    Defendant,
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Southern District of Texas

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

    ☑ An identity hearing and production of the warrant.

    ☐ A preliminary hearing.

    ☐ A detention hearing in the Southern District of Florida.

    ☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant's Signature

Date: 5/5/2025

_____
Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
Case No. 25-mj-6279-AOV

United States of America
        Plaintiff,

    v.

Sheldon Dounn
        Defendant,

_____/

### ORDER OF REMOVAL

It appearing that in the **Southern District of Texas**, an Arrest Warrant was filed against the above-named defendant, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Panayotta Augustin-Birch at Fort Lauderdale, Florida, which officially committed the defendant for removal to the **Southern District of Texas**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named District for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Panayotta Augustin-Birch for removal and released to **$250,000 PSB** which was approved by the United States Magistrate Judge Panayotta Augustin-Birch, and it is further ORDERED that the defendant shall appear in the aforesaid District at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the District where removed.

DONE AND ORDERED at Fort Lauderdale, Florida on 5/5/2025.

_____
Panayotta Augustin-Birch
United States Magistrate Judge

Revised 03/2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: __25-mj-6279-AOV_____

UNITED STATES OF AMERICA:

             Plaintiff,

v.                                        USM #:_____

             Defendant,

___Sheldon Dounn_____ /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ __250,000 PSB with Co-signers__ Samuel Dounn, Eric Dounn, Roseanne Dounn

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

**DEFENDANT:** ___Sheldon Dounn_____

**CASE NUMBER:** __25-mj-6279-AOV____

**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☒ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: (  ) as directed or___ time(s) a week in person and___ time(s) a week by telephone; With 72 hours

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

☒ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

☒ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

☒ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

___ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: <u>Sheldon Dounn</u>
CASE NUMBER: 25-mj-6279-AOV
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i) Following the location restriction component **(check one):**

__ (1) **Curfew**. You are restricted to your residence every day (__) from _____ to _____, or (__) as directed by the supervising officer; or

__ (2) **Home Detention**. You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

__ (3) **Home Incarceration**. You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

__ (4) **Stand-Alone Monitoring**. You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

ii) Submit to the following location monitoring technology **(check one)**:

__ (1) Location monitoring technology as directed by the supervising officer; or

__ (2) GPS; or

__ (3) Radio Frequency; or

__ (4) Voice Recognition; or

__ (5) Virtual Mobile Application. You must allow pretrial services or supervising officer to conduct initial and periodic inspection of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

iii) (__) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer.

__ p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by (__)Pretrial Services or (__) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

(__) employment

(__) education

(__) religious services

(__) medical, substance abuse, or mental health treatment

(__) attorney visits

(__) court appearances

(__) court ordered obligations

(__) reporting to Pretrial Services

(__) other _____

**DEFENDANT:** Sheldon Dounn
**CASE NUMBER:** 25-mj-6279-AOV
**PAGE FOUR**

__ q. Third-Party Custody: _____ will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer.  Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

__ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.  Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense:

1. (  ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (  ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (  ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (  ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (  ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (  ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (  ) The defendant shall not be involved in any children's or youth organizations.
8. (  ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (  ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: __USA.__ , and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond: NO CBD products. _____

DEFENDANT: Sheldon Dounn
CASE NUMBER: 25-mj-6279-AOV
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT:** Sheldon Dounn
**CASE NUMBER:** 25-mj-6279-AOV
**PAGE SIX**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 5th day of May , 20 25 at Fort Lauderdale , Florida.

Signed and acknowledged before me:    **DEFENDANT: (Signature)**

**WITNESS:**

Fort Lauderdale          Flor, dA          Fort Lauderdale          Florida
   City           State                       City           State

## CORPORATE SURETY

Signed this _____ day of _____ , 20 ____ at _____ , Florida

**SURETY:** _____     **AGENT: (Signature)** _____

_____     **PRINT NAME:** _____
   City           State

## INDIVIDUAL SURETIES

Signed this 5 day of May , 2025 at Ft/ladel , Florida     Signed this 5 day of May , 2025 at Ft.Lauderdale , Florida

**SURETY: (Signature)** _____     **SURETY: (Signature)** _____

**PRINT NAME:** Siumel ADAM Dounn     **PRINT NAME:** ELIC DDOUNN

**RELATIONSHIP TO DEFENDANT:** SON     **RELATIONSHIP TO DEFENDANT:** SON

Ft. Lauderdale          FL          ft. Lauderdale          FL
   City           State                       City           State

Signed this 5 day of May , 20 25 at Ft. Lauderdale , Florida     Signed this ____ day of _____ , 20 ___ at _____ , Florida

**SURETY: (Signature)** _____     **SURETY: (Signature)** _____

**PRINT NAME:** ROSANNAIE DUNN     **PRINT NAME:** _____

**RELATIONSHIP TO DEFENDANT:** EX - WIFE     **RELATIONSHIP TO DEFENDANT:** _____

Ft. Lauderdale          FL
   City           State                       City           State

## APPROVAL BY THE COURT

Date: 5-5-2025

**Panayotta Augustin-Birch**
**UNITED STATES MAGISTRATE JUDGE**

23

Revised 03/2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.:  25-mj-6279-AOV

UNITED STATES OF AMERICA:

        Plaintiff,

v.                                   USM #: _____

        Defendant,

Sheldon Dounn _____ /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ _250,000 PSB with Co-signers_ Samuel Dounn, Eric Dounn, Roseanne Dounn

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1.  Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.  In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2.  May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel.  The Southern District of Florida consists of the following counties:  Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3.  May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4.  Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5.  Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT:   Sheldon Dounn
CASE NUMBER:  25-mj-6279-AOV
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: ( ) as directed or___ time(s) a week in person and___ time(s) a week by telephone; *With 72 hours*

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

X d. Refrain from ____ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

X g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

X i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

___ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: ___Sheldon Dounn_____

CASE NUMBER: ___25-mj-6279-AOV___

PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i) Following the location restriction component **(check one):**

__ (1) **Curfew**. You are restricted to your residence every day (__) from _____ to _____, or (__) as directed by the supervising officer; or

__ (2) **Home Detention**. You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

__ (3) **Home Incarceration**. You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

__ (4) **Stand-Alone Monitoring**. You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

ii) Submit to the following location monitoring technology **(check one)**:

__ (1) Location monitoring technology as directed by the supervising officer; or

__ (2) GPS; or

__ (3) Radio Frequency; or

__ (4) Voice Recognition; or

__ (5) Virtual Mobile Application. You must allow pretrial services or supervising officer to conduct initial and periodic inspection of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

iii) (__) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer.

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by (  )Pretrial Services or (  ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

(  ) employment

(  ) education

(  ) religious services

(  ) medical, substance abuse, or mental health treatment

(  ) attorney visits

(  ) court appearances

(  ) court ordered obligations

(  ) reporting to Pretrial Services

(  ) other _____

**DEFENDANT:** Sheldon Dounn

**CASE NUMBER:** 25-mj-6279-AOV

**PAGE FOUR**

__ q. Third-Party Custody: _____ will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

__ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense:

1. (   ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (   ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (   ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (   ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (   ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (   ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (   ) The defendant shall not be involved in any children's or youth organizations.
8. (   ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (   ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: __USA.__ , and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond: NO CBD products. _____

DEFENDANT:  Sheldon Dounn

CASE NUMBER:  25-mj-6279-AOV

PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**DEFENDANT:** Sheldon Dounn
**CASE NUMBER:** 25-mj-6279-AOV
**PAGE SIX**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 5th day of MAY, 20 25 at Fort Lauderdale, Florida

Signed and acknowledged before me:

**DEFENDANT: (Signature)**

**WITNESS:**
Fort Lauderdale     Flor, dA
City            State

Fort Lauderdale          Flor, dA
City                     State

## CORPORATE SURETY

Signed this _____ day of _____ , 20 ___ at _____ , Florida

**SURETY:** _____

**AGENT: (Signature)** _____

_____
City            State

**PRINT NAME:** _____

## INDIVIDUAL SURETIES

Signed this 5 day of May , 2025 at Fort lauddb , Florida

**SURETY: (Signature)**

**PRINT NAME:** Samel ADAM Dounn

**RELATIONSHIP TO DEFENDANT:** SON

Ft. Lauderdale          FL
City                     State

Signed this 5 day of MAY , 20 25 at Fort Lauderdale , Florida

**SURETY: (Signature)**

**PRINT NAME:** E Lic .Dounn

**RELATIONSHIP TO DEFENDANT:** SON

ft. Lauderdale          FL
City                     State

Signed this 5 day of MAY , 20 25 at Fort Lauderdale , Florida

**SURETY: (Signature)**

**PRINT NAME:** Rosannie Dounn

**RELATIONSHIP TO DEFENDANT:** Ex-Wife

Ft. Lauderdale          FL
City                     State

Signed this ___ day of _____ , 20 ___ at _____ , Florida

**SURETY: (Signature)** _____

**PRINT NAME:** _____

**RELATIONSHIP TO DEFENDANT:** _____

_____
City            State

**APPROVAL BY THE COURT**

**Date:** 5-5-2025

_____
Panayotta Augustin-Birch
**UNITED STATES MAGISTRATE JUDGE**

CM/ECF RESTRICTED

**DEFENDANT:** Sheldon Dounn
**CASE NUMBER:** 25-mj-6279-AOV
**PAGE SEVEN**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 5th day of May, 20 25 at Fort Lauderdale, Florida

Signed and acknowledged before me:

WITNESS:

ADDRESS: 40 NW 3rd St, #4-1

MIAMI, FL ZIP: 33128

DEFENDANT: (Signature)

ADDRESS: 10205 NW 7th CT

LAUTATION ZIP: FL 38026

TELEPHONE: 305 785 5000

### CORPORATE SURETY

Signed this _____ day of _____, 20 ____ at _____, Florida

SURETY: _____

ADDRESS: _____

ZIP: _____

AGENT: (Signature) _____

PRINT NAME: _____

TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 5 day of May, 2025 at _____, Florida

SURETY: (Signature)

PRINT NAME: Samuel Adam Dounn

RELATIONSHIP TO DEFENDANT: Son

ADDRESS: 7511 SW 28th ST

Davie, FL ZIP: 33344

TELEPHONE: 9 559-4156

Signed this 5 day of May, 2025 at _____, Florida

SURETY: (Signature)

PRINT NAME: Eric Dounn

RELATIONSHIP TO DEFENDANT: Son

ADDRESS: 3401 NW Seventh St.

Plantation FL ZIP: 33317

TELEPHONE: 954 - 483- 8413

Signed this 5 day of May, 2025 at _____, Florida

SURETY: (Signature)

PRINT NAME: Rosanne Dounn

RELATIONSHIP TO DEFENDANT: Ex-Wife

ADDRESS: 2298 NW 78th Ave

Pembroke Pines FL ZIP: 33024

TELEPHONE: 954 - 243- 1668

Signed this ____ day of _____, 20 ____ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____